# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY COOPER, et al., : | |
| : | CIVIL ACTION |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | NO.   13-6222 |
| CITY OF PHILADELPHIA and : | |
| POLICE OFFICER BRIAN CASH, : | |
| : | |
| Defendants. : | |

### ORDER

**AND NOW**, this *12th* day of *February*, 2015, upon consideration of Defendant Brian Cash's Motion for Summary Judgment (Docket No. 13), Plaintiffs Larry and Tysha Cooper's Response in Opposition (Docket No. 15), and Defendant's Reply (Docket No. 17), it is hereby **ORDERED** that the Motion is **GRANTED**.

**JUDGMENT IS ENTERED** for Brian Cash against Larry Cooper and Tysha Cooper on the entirety of the Complaint.  **THIS CASE IS CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.